SUPREME COURT OF DELAWARE

LISA A. DOLPH
   *Clerk*
_____

DORIS J. ADKINS
   *Chief Deputy Clerk*
DEBRA J. ZATLOKOVICZ
   *Senior Court Clerk*
ELIZABETH A. FELICIANO
   *Senior Court Clerk*

SUPREME COURT BUILDING
55 THE GREEN
DOVER DE 19901

(302) 739-4155
(302) 739-4156

August 27, 2021

Ms. Melissa Cox
42 Bertha Drive
Magnolia, DE 19962

Ms. Julie Cox
70 Becky Lane
Dover, DE 19901

      RE:   *Charles v. Charles*, No. 118, 2021

Dear Ms. Cox and Mr. Cox:

     Pursuant to Supreme Court 16(a), you are advised that the Court has now instructed that the above matter will now be considered submitted for decision upon the briefs as of **Friday, September 24, 2021.**

               Very truly yours,
               /s/ *Lisa A. Dolph*